**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 6, 2024.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-24-00048-CV**

## IN RE EDWARD ALEXANDER, ADAM P. JOHNSON, WAYNE S. THOMPSON, JR., JUDGE LILYNN CUTRER, AND KAREN AUCOIN, INDIVIDUALLY AND AS CO-TRUSTEES, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 365-053-404**

## MEMORANDUM OPINION

On Thursday, January 18, 2024, relators Edward Alexander, Adam P. Johnson, Wayne S. Thompson, Jr., Judge Lilynn Cutrer, and Karen Aucoin, Individually and as Co-Trustees, filed a petition for writ of mandamus in this court.

*See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable James Horowitz, presiding judge of the Probate Court No. 4 of Harris County, to vacate his order denying summary judgment and enter an order granting realtors' motion for summary judgment.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We lift our May 30, 2024 order staying trial court proceedings.

PER CURIAM

Panel consists of Justices Wise, Jewell, Poissant.